

**Malik H. Swinton**
503 Mission Hill Dr
Fort Wayne, IN 46804-6423

FT. WAYNE IN 468
12 APR 2023 PM 2 T
SECURITY SCREENED

U.S. District Court Clerk
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802