USDC IN/ND case 1:23-cv-00112-HAB-SLC   document 6   filed 05/08/23   page 1 of 1

-FILED-
MAY 8 2023
At _____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

5/4/2023

## U.S. District Court Northern District of Indiana
## Northern Indiana (Fort Wayne)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00112-HAB-SLC

Swinton v. United States
Assigned to: Judge Holly A Brady
Referred to: Magistrate Judge Susan L Collins
Demand: $1.000.000
Cause: 28:1346 Tort Claim
Jury Demand: No
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Federal Question

**Plaintiff**: Malik Haleem Swinton
503 Mission Hill Dr.
Fort Wayne, IN 46804
PRO SE

V.

**Defendant**: United States of America

**Defendant**: Department of Veterans Affairs Julie Lawrence / Chief of Operations

**Subject**: Motion for a Jury Trial

I would like to request a jury trial from the court if in fact the defendants decline to settle out of court.

Sincerely,
Malik H. Swinton