Malik H. Swinton
503 Mission Hill Dr
Fort Wayne, IN 46804-6423

FT WAYNE IN 468
05 MAY 2023 PM 3 T



SECURITY SCREENED

United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802
Attn: Clerk