UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MALIK HALEEM SWINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-CV-112-HAB |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, *pro se*, seeks leave to proceed *in forma pauperis* in this suit. (ECF No. 5). The Court, having reviewed the sworn motion, finds that Plaintiff is unable to pay the filing fee and holds as follows:

1) The Court GRANTS Plaintiff leave to proceed *in forma pauperis*;

2) DEFERS payment of the filing fee;

3) ORDERS Plaintiff to pay the filing fee from any proceeds recovered in this case; and

4) DIRECTS the Clerk to request Waiver of Service from (and, if necessary, the United States Marshal to serve process on) the Defendants, with a copy of this Order and the Complaint, pursuant to 28 U.S.C. § 1915(d).

SO ORDERED on May 17, 2023.

s/ *Holly A. Brady*
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT