UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIK HALEEM SWINTON, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) Case Number: 1:23CV112 |
| UNITED STATES OF AMERICA, et al. | ) ) ) |
| Defendants. | ) ) |

**APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants United States of America and Department of Veterans Affairs.

| | |
|---|---|
| June 13, 2023 | /s/ Sharon Jefferson |
| Date | Signature |
| | |
| | Sharon Jefferson |
| | Print Name |
| | |
| | 5400 Federal Plaza, Suite 1500 |
| | Address |
| | |
| | Hammond      IN      46320 |
| | City       State       Zip Code |
| | |
| | Sharon.jefferson2@usdoj.gov |
| | E-mail Address |
| | |
| | (219) 937-5681 |
| | Phone Number |
| | |
| | (219) 852-2770 |
| | Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, attorney for the Defendant electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system. I further certify that on June 13, 2023, a copy of this document was sent by first-class mail to *pro se* Plaintiff, a non-CM/ECF participant:

Malik Haleem Swinton
503 Mission Hill Dr.
Fort Wayne, IN 46804

/s/ Sharon Jefferson
Sharon Jefferson
Assistant United States Attorney

U.S. Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320