AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Malik Haleem Swinton

**Plaintiff,**

v.

Case Number  1:23-cv-00112-HAB-SLC

United States, et al.

**Defendant.**

## WAIVER OF SERVICE OF SUMMONS

I, or the entity I represent, agree to waive formal service of a summons.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by July 16, 2023. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date: June 13, 2023

*United States of America and Department of Veterans Affairs*

*Printed name of party waiving service of summons*

s/ Sharon Jefferson

*Signature of the attorney or unrepresented party*

**Sharon Jefferson**

*Printed name of the signer*

*5400 Federal Plaza, Suite 1500*
*Hammond, IN 46320*

*Address*

*sharon.jefferson2@usdoj.gov*

*E-mail address*

*(219) 937-5500*

*Telephone number*