UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIK HALEEM SWINTON, | ) |
| Plaintiff, | ) |
| V. | ) Case Number: 1:23-CV-112 |
| UNITED STATES OF AMERICA, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION TO DISMISS**

Comes now United States of America and the Department of Veterans Affairs, by their counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Sharon Jefferson, Assistant United States Attorney, and move pursuant to Federal Rule of Civil Procedure 12(b)(1) and12(b)(6) to dismiss Plaintiff's Amended Complaint, (Doc. No. 4).

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  s/ *Sharon Jefferson*
SHARON JEFFERSON
Assistant United States Attorney
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax: (219) 852-2770
Email: sharon.jefferson2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, attorney for the Defendant electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system. I further certify that on August 10, 2023, a copy of this document was sent by first-class mail to *pro se* Plaintiff, a non-CM/ECF participant:

Malik Haleem Swinton
503 Mission Hill Dr.
Fort Wayne, IN 46804

/s/ Sharon Jefferson
Sharon Jefferson
Assistant United States Attorney


U.S. Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320