**DEPARTMENT OF VETERANS AFFAIRS**

May 12, 2023

Malik Haleem Swinton
503 Mission Hill Dr
Fort Wayne, IN 46804

In Reply Refer to:
xxx-xx-0143
27/eBenefits

Dear Mr. Swinton:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-0143

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | September 04, 1997 | February 03, 2001 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| You have one or more service-connected disabilities: | Yes |
| Your combined service-connected evaluation is: | 80% |
| Your current monthly award amount is: | $3757 |
| The effective date of the last change to your current award was: | December 01, 2022 |
| You are being paid at the 100 percent rate because you are unemployable due to your service-connected disabilities: | Yes |
| You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | Yes |
| The effective date of when you became totally and permanently disabled due to your | February 09, 2021 |



You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**



You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**

Ex 1a *payments* 3

# Your VA payments

Check your payment history for your VA disability compensation, pension, and education benefits.

# Payments you received

We pay benefits on the first day of the month for the previous month. If the first day of the month is a weekend or holiday, we pay benefits on the last business day before the first. For example, if May 1 is a Saturday, we'd pay benefits on Friday, April 30.

## Displaying 1 - 6 of 190

**Date**

July 20, 2023

**Amount**

$0.00

**Type**

Compensation & Pension - Recurring

**Method**

**Bank**

**Account**

---

**Date**

June 20, 2023

**Amount**

$0.00

**Type**

Compensation & Pension - Recurring

**Learn what the PACT Act means for your VA benefits >** 



*Exhibit 3*

Talk to the **Veterans Crisis Line** now >

Malik ˅        Menu ☰

our claims and appeals

# Your compensation pension claim

**What you've claimed:** Not available



| Status | Files | Details |
|--------|-------|---------|

**Claim type**

Compensation Pension

**What you've claimed**

Not Available

**Date received**

Feb. 7, 2023

**Your representative for VA claims**

AMERICAN LEGION

**Learn what the PACT Act means for your VA benefits >**



‹ Check your claims and appeals

# Your compensation pension claim

**What you've claimed:** Not available



| Status | Files | Details |

ⓘ **We closed your claim on February 7, 2023**

You can download your decision letter online now. You can also get other letters related to your claims.

We'll also send you a copy of your decision letter by mail. It should arrive within 10 days after the date we closed your claim, but it may take longer.

**❯ Get your claim letters**

**Learn what the PACT Act means for your VA benefits ❯**





🔒 va.gov

3

# Your claims, decision reviews, or appeals

Find out why we sometimes combine claims. ⌄

---

Showing 1 – 10 of 26 events

## Claim for eligibility determination updated on March 3, 2023

⬤ **Status:** Closed

**Submitted on:** February 17, 2023

➤ **View details**

## Claim for compensation pension updated on February 7, 2023

⬤ **Status:** Closed

✉ You have a decision letter ready

**Submitted on:** February 7, 2023

➤ **View details**

## Claim for compensation pension updated on January 11, 2023

⬤ **Status:** Closed

**Submitted on:** September 1, 2022

**Learn what the PACT Act means for your VA benefits ›**     

*Ex Bibit 3 reward letter*



MALIK HALEEM SWINTON
121 E GRAND AVE #
260
S SAN FRAN CA 94080-4800

# We made a decision on your VA benefits.

Dear Malik Swinton:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

## Your Benefit Information:

- Basic eligibility for Dependents' Educational Assistance is established from February 9, 2021.
- Entitlement to individual unemployability is granted effective February 9, 2021.
- Evaluation of left knee strain, which is currently ████ ██████ disabling, is increased to ██ percent effective February 9, 2021.
- Evaluation of left shoulder strain (non-dominant) (previously degenerative joint disease), which is currently ██ percent disabling, is continued.
- Evaluation of right shoulder strain (dominant) (previously degenerative joint disease), which is currently ██ percent disabling, is continued.
- Evaluation of degenerative arthritis lumbar spine with Intervertebral disc syndrome, which is currently ██ percent disabling, is increased to ██ percent disabling, is increased.
- Evaluation of right knee strain, which is currently ██ percent disabling, is increased to ██ percent effective February 9, 2021.

Your combined rating evaluation is:

| Combined Rating Evaluation | Effective Date |
|---|---|
| ████ | Feb 4, 2001 |
| ██ | Jun 30, 2011 |

**We have included with this letter:**
1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**
Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit
https://iris.custhelp.com/

**Social Media:**
Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**Your representative:**
You appointed DISABLED AMERICAN VETERANS as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.



File Number:
SWINTON, MALIK H

| Combined Rating Evaluation | Effective Date |
|---|---|
| 70% | Nov 26, 2014 |
| 70% | Dec 1, 2016 |
| 70% | Oct 25, 2017 |
| 80% | Feb 9, 2021 |

## How VA Combines Percentages

If you have more than one condition, VA will combine percentages to determine your overall disability rating. The percentages assigned for each of your conditions may not always add up to your combined rating evaluation. The following website has additional information about how VA combines percentages: http://www.benefits.va.gov/compensation/rates-index.asp#howcalc.

See **Rating Decision** to find out why we made this decision.

Your dependents may be eligible for Dependents' Educational Assistance (Chapter 35). For more information on this program, please visit the following web site: http://www.gibill.va.gov/benefits/other programs/dea.html or call 1-888-GIBILL-1 (1-888-442-4551). To file an application, complete and return VA Form 22-5490. To locate the appropriate form(s), please visit the following website: www.va.gov/vaforms or you can call us at 1-800-827-1000 and we will mail you any form you need. (38 USC Chapter 35, 38 CFR 3.807)

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason |
|---|---|---|
| $3,263.74 | Mar 1, 2021 | Individual Unemployability Adjustment, Compensation Rating Adjustment |
| $3,146.42 | Apr 2, 2036 | Minor Child Adjustment |

We are currently paying you as a Veteran with one dependent. *Let us know right away if there is any change in the status of your dependents.*

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

See **Explanation of Payment** for more details about your payment.

Exhibit 1



MALIK HALEEM SWINTON
111 TAYLOR ST
SAN FRANCISCO CA 94102

# We made a decision on your VA benefits.

Dear Malik Swinton:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

Our VA notification letter dated January 15, 2020, informed you that we received a response from FCI FLORENCE regarding your conviction and confinement. Due to this newly received evidence, a correction was made to your award and the date of which we began withholding has been updated to October 3, 2019. We previously terminated your award on December 1, 2019. This notification letter is a correction to that award, to restore your compensation benefits at the 10% compensation rate from December 1, 2019.

We have reinstated your VA compensation benefits effective November 27, 2020, the date your incarceration ended.

## Applicable Laws and Regulations
38 U.S.C. 5313B, 38 CFR 3.31(c),

## Your Benefit Information:
Applicable Veterans Affairs (VA) regulations. (38 CFR 3.665)

Your monthly entitlement amount is shown below:

| Total VA Benefit | Amount Withheld | Amount Paid | Payment Start Date | Reason |
|---|---|---|---|---|
| $1,507.17 | $1,364.88 | $142.29 | Dec 1, 2019 | Cost of Living Adjustment |
| $1,507.17 | $0.00 | $1,507.17 | Nov 27, 2020 | Incarceration Adjustment |

**We have included with this letter:**
1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your Correspondence
4. VA Form 20-0998
5. Fraud Prevention Attachment

**Contact information:**
Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit
https://iris.custhelp.com/

**Social Media:**
Twitter: @VAVetBenefits
Facebook: www.facebook.com/
VeteransBenefits

**Your representative:**
You appointed DISABLED AMERICAN VETERANS as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.



## Explanation of Payment
## We Have Withheld Benefits

Our records indicate that you have been incarcerated for more than 60 days. The law states that VA compensation benefits must be reduced to the 10% rate for any Veterans with an evaluation of 20% or greater, or half of the current award amount for any Veteran with a disability evaluation of less than 20%. Upon your release, we will resume your full VA compensation benefits.

Your monthly entitlement amount includes payment for the following dependent(s):

| Payment Start Date | Award Dependent(s) |
|---|---|
| Dec 1, 2019 | Elijah |
| Nov 27, 2020 | Elijah |
| Dec 1, 2020 | Elijah |
| Apr 2, 2036 | None |

Let us know right away if there is any change in the status of your dependent(s).

## Please Take Action: What Things Affect Your Right to Payment?

Please notify VA *immediately* if there is a change in any condition affecting your right to continued payments. If you don't notify us of these changes immediately, you may have to return any overpayments. Those changes include:

| Evidence received shows a change is warranted. |
|---|
| **Military Pay or Worker's Compensation:** Your payments may be affected by the following, which you must bring to our attention:<br>• Reentrance into active military or naval service.<br>• Receipt of armed forces service retirement pay, unless your retirement pay has already been reduced because of award of disability compensation.<br>• Receipt of benefits from the Office of Federal Employees Compensation.<br>• Receipt of active duty or drill pay as a reservist or member of the National Guard. |
| **Dependents:** If you have a disability rating of 30 percent or more, you must advise VA of any change with your spouse or children. |
| **Hospitalization:** If your award includes Aid and Attendance benefits, we may reduce this additional allowance if you are admitted to a hospital, nursing home, or domiciliary care at VA expense. |



File Number:
SWINTON, MALIK H

| Total VA Benefit | Amount Withheld | Amount Paid | Payment Start Date | Reason |
|---|---|---|---|---|
| $1,526.71 | $0.00 | $1,526.71 | Dec 1, 2020 | Cost of Living Adjustment |
| $1,444.71 | $0.00 | $1,444.71 | Apr 2, 2036 | Minor Child Adjustment |

We are currently paying you as a Veteran with one dependent. *Let us know right away if there is any change in the status of your dependents.*

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

See **Explanation of Payment** for more details about your payment.

Your payment will be directed to the financial institution and account number that you specified. To confirm when your payment was deposited, please contact your financial institution.

If this account is no longer open,

***please notify us immediately.***

## Evidence Considered

In making our decision, we considered the following evidence:

- Correspondence, received on February 08, 2021
- Review of claim's file
- VA 21-0820 Report of General Information, received on February 08, 2021
- Correspondence, received on December 10, 2020
- Correspondence, received on December 10, 2020
- Correspondence, received on February 08, 2021
- Notification Letter (e.g. VA 20-8993, VA 21-0290, PCGL), received on January 15, 2020
- VA 27-0820e Report of Incarceration, received on February 17, 2021

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.



*Appraval letter*

*No*

EX 5



_____ SWINTON
5886 SW 15TH ST
WEST MIAMI FL 33144-5716

## We made a decision on your VA benefits.

Dear Malik Swinton:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

Please disregard previous notification letter dated September 20, 2019. We received a response from FCI FLORENCE regarding your conviction and confinement. Due to this newly received evidence, a correction was made to your award and the date of which we began withholding has been updated to October 03, 2019. We apologize for any inconvenience this may have caused.

### Your Benefit Information:
Your monthly entitlement amount is shown below:

| Total VA Benefit | Amount Withheld | Amount Paid | Payment Start Date | Reason |
|---|---|---|---|---|
| $1,482.71 | $0.00 | $1,482.71 | Dec 1, 2018 | Cost of Living Adjustment |
| $1,482.71 | $1,342.66 | $140.05 | Oct 3, 2019 | Incarceration Adjustment |
| $0.00 | $0.00 | $0.00 | Dec 1, 2019 | Cost of Living Adjustment, Fugitive Felon |

We are currently paying you as a Veteran with one dependent. _Let us know right away if there is any change in the status of your dependents._

**We have included with this letter:**
1. Additional Benefits
2. Where to Send Written Correspondence
3. VA Form 20-0998

**Contact information:**
Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit https://iris.custhelp.com/

**Social Media:**
Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**Your representative:**
You appointed DISABLED AMERICAN VETERANS as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the _Veterans Crisis Line_ at 1-800-273-8255 and press 1.



OFMPI00600747200020006  103357

File Number: 
SWINTON, MALIK H

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

## Evidence Considered

In making our decision, we considered the following evidence:

- Bureau of Prisons Match received on November 18, 2019
- Prison/Convict Information received on November 20, 2019
- VA 21-4193 Notice to Veterans Administration of Veteran or Beneficiary Incarcerated in Penal Institution received on December 16, 2019

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
|---|---|
| Supplemental Claim | VA Form 20-0995, *Decision Review Request: Supplemental Claim* |
| Higher-Level Review | VA Form 20-0996, *Decision Review Request: Higher-Level Review* |
| Appeal to the Board of Veterans' Appeals | VA Form 10182, *Decision Review Request: Board Appeal (Notice of Disagreement)* |

*Please note:* You **may not** request a higher-level review of a higher-level review decision issued by VA.

The enclosed VA Form 20-0998, *Your Rights To Seek Further Review Of Our Decision*, explains your options in greater detail and provides instructions on how to request further review. You may download a copy of any of the required application forms noted above by visiting www.va.gov/vaforms/ or you may contact us by telephone at 1-800-827-1000 and we will mail you any form you need.

You can visit www.va.gov/decision-reviews to learn more about how the disagreement process works.

If you would like to obtain or access evidence used in making this decision, please contact us by telephone, email, or letter as noted below letting us know what you would like to obtain. Some



File Number: ~~████████~~
SWINTON, MALIK H

## We Have Withheld Benefits

Our records indicate that you have been incarcerated for more than 60 days. The law states that VA compensation benefits must be reduced to the 10% rate for any Veterans with an evaluation of 20% or greater, or half of the current award amount for any Veteran with a disability evaluation of less than 20%. ~~Upon your release, we will resume your full VA compensation benefits.~~ *I was released 3 years ago.*

Your monthly entitlement amount includes payment for the following dependent(s):

| Payment Start Date | Award Dependent(s) |
|---|---|
| Dec 1, 2018 | Elijah |
| Oct 3, 2019 | Elijah |
| Dec 1, 2019 | Elijah |

Let us know right away if there is any change in the status of your dependent(s).

## Additional Benefits

**Medical Care and Treatment:**
- Mental Health Counseling: For more information, please visit www.myhealth.va.gov/mhv-portal-web/.
- Blind Rehabilitation: For more information, please visit www.va.gov/blindrehab/.

**Home Adaptations/Loans, Automobile Benefits, and Life Insurance:**
- Loans: For more information, please visit www.benefits.va.gov/homeloans/.
- Funding Fee Refund: If you paid a funding fee at the closing of a VA guaranteed home loan and your VA compensation award provides an effective rating date that was prior to your loan closing date, then you may be eligible for a funding fee refund. Please contact either your current mortgage servicer or a VA Regional Loan Center at (877) 827-3702 to begin the refund process.




OFMP100600747200040006   103361

**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
**Bishop Henry Whipple Federal Building**
**P. O. Box 11930**
**St. Paul, MN 55111-0930**

Ex 6

FAX NUMBER: (612) 970-5798
TOLL-FREE: 1-800-827-0648
Questions: https://ask.va.gov/

MALIK SWINTON
503 MISSION HILL DR
FORT WAYNE, IN 46804-6423
United States

RE: United States v. Swinton, United States District Court Case Number 4:18-cr-586

Dear Mr. Swinton,

This letter concerns your recent correspondence concerning United States District Court Case Number 4:18-cr-586.  The judgment in that case ordered you to pay restitution to the United States District Court for the Northern District of California in the form of "monthly payments of not less than $300 per month or 10% of *earnings*, whichever is greater".  The letter you have submitted indicates that the United States Attorney's Office has temporarily excused you from making payments out of your earned income to the court.

Your Department of Veterans Affairs Compensation benefits are not earned income and are not subject to the dollar amount listed in the judgment or the temporary suspension of restitution payments mentioned in the letter.  The Department of Veterans Affairs, Debt Management Center will continue to withhold your Department of Veterans Affairs Compensation benefit payments to apply to the restitution ordered.

Any inquiries relating to the amount of restitution owed must be directed to the Clerk of the United States District Court for the Northern District of California.  Their address is United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

Respectfully,

*Debt Management Center,*
*U.S. Department of Veterans Affairs*

Enclosure

*WCM*

*Ex 7*

# V... ...rs

If yo... ...epartment of Veterans Affairs **(VA)** for an **overpayment related to y...** ...ere to help. It is important for you to contact VA soon.

## WH... ...KNOW



### Veterans Benefits Administration (VBA) Debt

The VA is resuming the referral of delinquent benefit debt to the Department of the Treasury in **October 2022**. If you are unable to pay your VA benefit debt, you can call us for a temporary hardship suspension through December 31, 2022.



### Relief Options

There are a variety of relief options available if you are experiencing financial difficulty and cannot repay right away, including:

- Extending repayment plans
- Requesting debt forgiveness through the waiver process
- Submitting a compromise offer to settle the debt for less than the full amount
- Requesting a temporary hardship suspension of repayment through **December 31, 2022**

VA wants to work with you before your debt becomes delinquent. If you don't pay or request help within the time limit listed in your debt letters, VA is required to refer your delinquent debt to the U.S. Department of the Treasury. Treasury may add fees and interest to your debt, keep all or part of your federal or state payments to pay down your debt, refer you to a private collection agency, and/or garnish non-federal wages.

## IF YOU NEED ADDITIONAL ASSISTANCE FOR YOUR:

| | |
|---|---|
| ❶ **VBA Debt** | Visit our website at **https://www.va.gov/manage-va-debt** or call **1-800-827-0648**. |
| ❶ **VHA Debt** | Call the Health Resource Center at **1-866-400-1238**. |
| ❶ **Benefits Claim** | Visit our website at **https://benefits.va.gov** or call **1-800-827-1000**. |

Ex B

## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

9ᵗʰ Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

(415) 436-6970

FAX: (415) 436-6570

February 7, 2023

Malik Swinton
503 Mission Hill Drive
Fort Wayne, IN 46804

      Re: United States v. Malik Swinton
      USDC ND California; No.: CR 18-0586-001 YGR
      USAO No.: 2019A65253 Bal. Due: $629,087.61

Dear Mr. Swinton,

      Our office has completed a cash flow analysis of the Financial Statement and supporting documents you provided to determine your ability to make payments against your outstanding criminal judgment. Our review of your financial information included a comparison to the IRS Collection Financial Standards which considers living costs for your local area for certain expenses. In these calculations, this office accounted for cost of living for two persons. Finally, though it is not intended to be included in the IRS Collection Financial Standards, we factored in minimum payments on all installment debts reported except deferred student loans. Based on the information you supplied, this office has determined your monthly disposable income to be ($27.00) at this time.

      Considering these factors, please be advised that the U.S. Attorney's Office is not seeking a regular payment plan at this time. This office will contact you at a later date regarding any changes in your financial condition.

      If you have questions regarding benefits from the Veterans Administration, we suggest you contact the VA directly, and/or seek the advice of legal counsel.

              Very truly yours,

              STEPHANIE M. HINDS
              United States Attorney
              Northern District of California

              /s/ Allen W. Williams
              ALLEN W. WILLIAMS
              Financial Analyst

🔒 www.oversight.gov

STAY INFORMED
OF NEW REPORTS

WHERE TO REPORT WASTE
FRAUD, ABUSE, OR RETALIATION


**OVERSIGHT.GOV**

☰ MENU     Search Reports... 🔍     Advanced Search

# VA Did Not Provide Some Veterans Legally Required Notice and Due Process before Collecting Debts for the Compensation Program

**Submitting OIG:**
Department of Veterans Affairs OIG

**Report Description:**
During a prior review, the VA Office of Inspector General (OIG) discovered three scenarios in which the VA improperly collected debts from veterans without first providing them with legally required notice and due process and notified VA. This management advisory memorandum gives VA the information it needs to determine whether to take further action to address similarly situated veterans. VA provides veterans tax-free monthly compensation in recognition

←     →     🏠     1



**DEPARTMENT OF VETERANS AFFAIRS**
**Debt Management Center**
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

2021

# 000000065          I=1100

651 SP 0.510
MALIK SWINTON
111 TAYLOR ST
SAN FRANCISCO CA  94102

File Number:
Payee Number:     00
Person Entitled:  MHSWIN
Deduction Code:   30
Questions? https://iris.custhelp.va.gov/app/ask/
(Please provide the information above
on any IRIS correspondence)

Reference is made to your Compensation and Pension indebtedness in the amount
of $ 206,146.52 .

Our records indicate that you are now receiving VA benefits. These benefits will be
withheld in full beginning with your check due    May    2021  and will continue
until the debt is liquidated unless other arrangements are made.

If this withholding will create a financial hardship, you should contact this office within
the next 45 days to establish a lesser withholding or make some other satisfactory arrange-
ment to liquidate this debt.  In order to expedite your request for a lesser withholding,
you must complete the enclosed Financial Status Report and return it to this office with
your request at your earliest convenience.

You may contact us by calling toll-free 1-800-827-0648 if you have any questions concerning
this letter or to make arrangements to repay your debt.

Chief, Operations Division

Enclosures





**DEPARTMENT OF VETERANS AFFAIRS**
**Debt Management Center**
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

FEBRUARY 18, 2022

# 000002302          I=0000

2302 1 MB 0.482

MALIK HALEEM SWINTON
503 MISSION HILL DR
FORT WAYNE, IN 46804-6423

File Number:
Payee Number:          00
Person Entitled:        MH$WIN
Deduction Code:        30
Questions? https://iris.custhelp.va.gov/app/ask/
(Please provide the information above
on any IRIS correspondence)

According to our records, your Compensation and Pension indebtedness to the Department of Veterans Affairs has been reduced by $   300.00 . The balance of your debt, as of the date of this letter, is $  197,912.07. <u>You may contact us at the following toll-free telephone number (1-800-827-0648) if you have any questions concerning this letter.</u>

Chief, Operations Division

OMB Control No. 2900-0075
Respondent Burden: 15 minutes
Expiration Date: 05/30/2024

**VA DATE STAMP**
(DO NOT WRITE IN THIS SPACE)

**Department of Veterans Affairs**

# STATEMENT IN SUPPORT OF CLAIM

**INSTRUCTIONS:** Before completing this form, read the Privacy Act and Respondent Burden on page 2. Use this form to submit a statement to support a claim. For more information you can contact us through Ask VA: **https://ask.va.gov/**, or call us toll-free at 800-827-1000 (TTY:711). VA forms are available at **www.va.gov/vaforms**. After completing the form, mail to: **Department of Veterans Affairs, Evidence Intake Center, P.O. Box 4444, Janesville, WI 53547-4444.**

## SECTION I:  VETERAN/BENEFICIARY'S IDENTIFICATION INFORMATION

**NOTE:** You may complete the form online or by hand. If completed by hand, print the information requested in ink, neatly and legibly, and insert one letter per box to help expedite processing of the form.

**1. VETERAN/BENEFICIARY'S NAME (First, Middle Initial, Last)**
Malik    H Swinton

**2. VETERAN'S SOCIAL SECURITY NUMBER**
[redacted]

**3. VA FILE NUMBER (If applicable)**

**4. VETERAN'S DATE OF BIRTH**
Month 06 – Day 02 – Year 1978

**5. VETERAN'S SERVICE NUMBER (If applicable)**

**6. TELEPHONE NUMBER (Include Area Code)**
702-278-7332
Enter International Phone Number
(If applicable)

**7. E-MAIL ADDRESS (Optional)**
deanbrasco@hotmail.com

**8. MAILING ADDRESS (Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)**
No. & Street   503 Mission Hill Dr
Apt./Unit Number          City  Fort Wayne
State/Province  IN   Country  US   ZIP Code/Postal Code  46804 –

## SECTION II:  REMARKS
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

VA FORM
JUN 2021   **21-4138**          SUPERSEDES VA FORM 21-4138, DEC 2017.          Page 1

4

OMB Approved No. 2900-0165
Respondent Burden: 1 hour

**VA** Department of Veterans Affairs

# FINANCIAL STATUS REPORT

| 1. SOCIAL SECURITY NO. | 2. FILE NO. | 3. SPECIFY WHY YOU ARE COMPLETING THIS FORM *(Waiver, Compromise, Payment Plan or Other)* |
|---|---|---|

*(Type or print all entries. If more space is needed for any item, continue under Section VII, Additional Data, Item 36 or attach separate sheet)*

Financial Debt forgiveness
and financial hardship waiver

**PRIVACY ACT INFORMATION:** The information you furnish on this form is almost always used to determine if you are eligible for waiver of a debt, for the acceptance of a compromise offer or for a payment plan. Disclosure is voluntary. However, if the information is not furnished, your eligibility for waiver, compromise or a payment plan may be affected. The responses you submit are confidential and protected from unauthorized disclosure by 38 U.S.C. 5701. The information may be disclosed outside the Department of Veterans Affairs (VA) only when authorized by the Privacy Act of 1974, as amended. The routine uses for which VA may disclose the information can be found in VA systems of records, including 58VA21/22, Compensation, Pension, Education and Rehabilitation Records-VA, and 88VA244, Accounts Receivable Records-VA. VA systems of records and alterations to the systems are published in the Federal Register. Any information provided by you, including your Social Security Number, may be used in computer matching programs conducted in connection with any proceeding for the collection of an amount owed by virtue of your participation in any benefit program administered by VA.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-0648 for mailing information on where to send your comments.

## SECTION I - PERSONAL DATA

| 4. FIRST-MIDDLE-LAST NAME OF PERSON | 5. ADDRESS *(Number and street or rural route, City or P.O. Box, State, and ZIP Code)* |
|---|---|
| Malik Haleem Swinton | 503 Mission Hill Dr. Fort Wayne IN 46804 |

| 6. TELEPHONE NO. *(Include Area Code)* | 7. DATE OF BIRTH (MM-DD-YYYY) | 8. MARITAL STATUS |
|---|---|---|
| 702 278 7332 | 06-02-2022 | ☐ MARRIED  ☑ NOT MARRIED |

| 9. NAME OF SPOUSE | 10. AGE(S) OF OTHER DEPENDENTS |
|---|---|
| N/A | 4 |

### COMPLETE RECORD OF EMPLOYMENT FOR YOURSELF AND SPOUSE DURING PAST 2 YEARS

| KIND OF JOB | DATES (MM-YYYY) FROM | TO | NAME AND ADDRESS OF EMPLOYER |
|---|---|---|---|
| **11. YOUR EMPLOYMENT EXPERIENCE** | | | |
| Unemployed | 12/2021 | PRESENT TIME | Disabilities |
| | | | |
| **12. YOUR SPOUSE'S EMPLOYMENT** | | | |
| N/A | | PRESENT TIME | N/A |

## SECTION II - INCOME

| AVERAGE MONTHLY INCOME | SELF | SPOUSE |
|---|---|---|
| 13. MONTHLY GROSS SALARY *(Before payroll deductions)* | $ 0 | $ |
| 14. PAYROLL DEDUCTIONS | | |
| A. FEDERAL, STATE AND LOCAL INCOME TAXES | 0 | |
| B. RETIREMENT | 0 | |
| C. SOCIAL SECURITY | 0 | |
| D. OTHER *(Specify)* | 0 | |
| E. TOTAL DEDUCTIONS *(Items 14A through 14D)* | 0 | |
| 15. NET TAKE HOME PAY *(Subtract Item 14E from Item 13)* | 0 | |
| 16. VA BENEFITS, SOCIAL SECURITY, OR OTHER INCOME *(Specify source)* | 0 | |
| 17. TOTAL MONTHLY NET INCOME *(Item 15 plus Item 16)* | $ 0 | $ |

## SECTION III - EXPENSES

| AVERAGE MONTHLY EXPENSES | AMOUNT |
|---|---|
| 18. RENT OR MORTGAGE PAYMENT | $ 1495 |
| 19. FOOD | $ 350 |
| 20. UTILITIES AND HEAT | $ 2500 |
| 21. OTHER LIVING EXPENSES | |
| • Vehicle payment repo | $68000 |
| • insurance | $200 |
| • credit card | $800 |
| • vehicle payment repo | $65000 |
| • 2 Banks | $320 |
| 22. MONTHLY PAYMENTS ON INSTALLMENT CONTRACTS AND OTHER DEBTS *(Include amount from Section VI, Line 34I - Column E.)* | $2290 |
| 23. TOTAL MONTHLY EXPENSES | $139,165 |

## SECTION IV - DISCRETIONARY INCOME

| 24A. NET MONTHLY INCOME LESS EXPENSES *(Item 17 less Item 23)* | 24B. AMOUNT YOU CAN PAY ON A MONTHLY BASIS TOWARD YOUR DEBT |
|---|---|
| $ -139,165 | $ 0 |

VA FORM
JUN 2009 (RS) **5655**

| SECTION V - ASSETS | | | | |
|---|---|---|---|---|
| 25. CASH IN BANK (Checking and savings accounts, building and loan accounts, etc.) | $ - 300 | 29. U.S. SAVINGS BONDS (Current Value) | $ 0 | |
| 26. CASH ON HAND | $ 0 | 30. STOCKS AND OTHER BONDS (Current Value) | 0 | |
| 27. AUTOMOBILES (Resale value) | | 31. REAL ESTATE OWNED (Resale value) | 0 | |

| MAKE | YEAR | MODEL | 32. OTHER ASSETS (Specify below) | |
|---|---|---|---|---|
| | | | | 0 |
| | | | NONE | 0 |
| | | | | 0 |

| 28. TRAILERS, BOATS, CAMPERS (Resale value) | $ 0 | 33. TOTAL ASSETS ► | $ -300 |
|---|---|---|---|

## SECTION VI - INSTALLMENT CONTRACTS AND OTHER DEBTS

**NOTE:** Show below ALL debts which you are required to pay in regular monthly installments, such as a car, television, washing machine, payments to dealers, banks, finance companies, repayment of money borrowed for any purpose, doctor bills, hospital bills, etc. **DO NOT INCLUDE LIVING EXPENSES.**

| | NAME AND ADDRESS OF CREDITOR (A) | DATE AND PURPOSE OF DEBT (B) | ORIGINAL AMOUNT OF DEBT (C) | UNPAID BALANCE (D) | AMOUNT DUE MONTHLY (E) | AMOUNT PAST DUE (If any) (F) |
|---|---|---|---|---|---|---|
| 34A. | Wells fargo (car) Fort Wayne, IN | 7/2021 Auto loan | $ 97,000 | $ 68,000 | $ 1250 | $ 68,000 |
| 34B. | USAA (cars) Las Vegas, NV | 10/19 Auto loan | $ 65,000 | $ 65,000 | $ 1000 | $ 65,000 |
| 34C. | Credit One Bank P.O. Box 60580 CA City of Industry CA | 8/3/2022 Credit card | $ 0 | $ 870 | $ 40 | $ 870 |
| 34D. | Fort sill National Bank P.O. Box 33009 fort sill OK | 8/2022 overdrawn bank account | $ 0 | $ 120 | $ 0 | $ 120 |
| 34E. | Navy federal Credit Union Las Vegas, NV | 5/2022 overdrawn account | $ 0 | $ 200 | $ 0 | $ 200 |
| 34F. | | | | | | |
| 34G. | | | | | | |
| 34H. | | | | | | |
| | 34I. TOTAL ► | | $ 162,000 | $ 163,190 | $ 2290 | $ 134,190 |

**NOTE:** If repayment of a debt is not on a monthly basis, write "0" in column E and describe arrangements to repay in Item 36.

## SECTION VII - ADDITIONAL DATA

35A. HAVE YOU EVER BEEN ADJUDICATED BANKRUPT? IF SO AND VA OR A MORTGAGE COMPANY WAS INVOLVED, PLEASE SEND ALL PERTINENT DOCUMENTATION
☐ YES  ☒ NO *(If "Yes," complete Items 35B through 35D)*

| 35B. DATE DISCHARGED FROM BANKRUPTCY (MM-DD-YYYY) | 35C. LOCATION OF COURT | 35D. DOCKET NO. (If known) |
|---|---|---|
| | | |

36. USE THIS SPACE AND ADDITIONAL SHEETS, IF NECESSARY, TO SUPPLY ANY PERTINENT INFORMATION AND TO CONTINUE YOUR ANSWER TO PREVIOUS ITEM NUMBER(S) TO WHICH YOUR COMMENTS APPLY

Please see statement in support of claim

## SECTION VIII - APPLICANT CERTIFICATIONS - REQUIRED

| 37A. YOUR SIGNATURE (Required) | 37B. DATE SIGNED | 38A. SIGNATURE OF SPOUSE (Required) | 38B. DATE SIGNED |
|---|---|---|---|
| [signature] | 8/4/22 | N/A | |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

BACK OF VA FORM 5655, JUN 2009 (RS)

VETERAN'S SOCIAL SECURITY NO.

## SECTION II: REMARKS *(Continued)*
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

## SECTION III: DECLARATION OF INTENT

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| 9. SIGNATURE OF VETERAN/BENEFICIARY (Required) | 10. DATE SIGNED | | |
|---|---|---|---|
| *McKee* | Month | Day | Year |
| | 08 | 04 | 2022 |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

PRIVACY ACT INFORMATION: The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Veteran Readiness and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: We need this information to obtain evidence in support of your claim for benefits (38 U.S.C. 501(a) and (b)). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 15 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

VA FORM 21-4138, JUN 2021

Page 2

February 24, 2023

**To**: Department of Veterans Affairs
Regional Offices
Veterans Benefits Administration
Veterans Affairs Debt Management Center

**From**: Malik Haleem Swinton, MBA

**Subject**: Debt forgiveness
Debt disagreement

To whom it may concern,
I absolutely disagree with the total amount of debt that the VA claims that I own. I have continually been rated at 60%-100% disability for 22 years. I NEVER dropped under 60% for more than a year and was still paid compensation. So, I am asking for my debt to be forgiven because I have factual and evidential physical and mental disabilities, illnesses, and diagnoses documented from years 2001-2023.

Sincerely,
Malik H. Swinton, U. S. Disabled Veteran

8/4/2022

6/21/2022 (Original date)

To: Veteran Affairs Pension and Compensation
    VA Debt Management Center
    VBA

From: Malik Haleem Swinton

**Subject: <u>Statement in Support of Claim</u>**
       **Waiver to Request Debt forgiveness**
       **Financial Hardship Request**

To whom it may concern,

This is my 4th financial hardship waiver request dating back to March 2021. It seems as if most of the mail I sent is NOT being filed properly or it's being thrown any. I would assume that is illegal. I also have NOT received an answer on paper from any of the last 3 financial hardship requests. I have not received mail or receipts from VA debt management since February 2022.

In addition, VA debt management told myself, the VSO, and Congressmen Jim Banks that I had to pay off the entire debt before my waiver would apply. Again, I have NOT received that in writing.
Why do I need a waiver if there is not a debt???
That does not make sense!

I need to inform you in written of the violation of my civil and constitution rights. According to the law:

1) VA has to inform veteran (s) in writing at least within 30 days of any changes in regards to their pension and or compensation payments, giving that veteran **Due Process** to file an appeal; if necessary.

2) The VA debt management department have to give veterans a chance to negotiate a payment arrangement or settlement offer for a current debt. I was not given a right to any of these **Due Processes**.

3) <u>**Under the constitution the Veterans Affairs violated my:**</u>

<u>**5th Amendment of depriving me and my family of life, liberty, and property;**</u>

<u>**8th Amendment of Cruel and Unusual Punishment Inflicted;**</u>

<u>**14th Amendment of Due Process.**</u>

4) I am under the IU program and that was my primary means of income so my entire compensation check being withheld is unlawful because the Northern District of California court said ONLY 10% or $300 should be paid. They NEVER stated that my entire pay check should be garnished. I can't work because of my disabilities BUT you take my entire check does not legally make sense. The VA Debt management center has been taking $300 out of my compensation check for a year and a half now

9

without me agreeing to that payment. But in March of 2022, Debt management ignored the law, ignored the court order, and took ALL $3000 of my compensation check for the last 5 months leaving my family in an extreme financial hardship.

The damage from garnishing my entire pension:
1. Our vehicle was repossessed 3 weeks before elementary school started.
2. My family is currently going through an housing eviction.
3. My family electricity or utilities have been turned off.
4. We have no food in the house.
5. I do not have income to buy school clothes.
6. I have requested a waivers 4-5 months ago and that was ignored by the Veterans Affairs Debt management center multiple times. I would like the last 5 pension and compensation payments return to me and my family.

In March of 2022 I requested a financial hardship waiver because I am paying restitution or overpayment for disabilities that are LEGAL. My attorney did such a fucking shitty job representing me to the point I had to file a Petition Writ of Habeas Corpus. And I will continue this legal process until my rights have been restored.

If I have to I will also file a Federal Tort claim as well.

Lastly, I would like to request a **Debt Forgiveness** because I am paying for a disability overpayment despite the fact that I was 100% before in 2018 and now 100% Permanent & Total and in the Individual Unemployability (IU) program. I am paying a debt for legal disabilities. I would like the VA to do the legal right thing for a Decorated Honorable Disabled Military Veteran.

I would like to **exercise my relief** options from the Veterans Affairs. If all else Fail, I would like a **hearing** also because men and women that serviced Honorable for his country should not have to go through the HELL I am going through.

Sincerely,
Malik Haleem Swinton, MBA

Deanbrasco@hotmail.com

## Hardship

**Malik H. Swinton, MBA** <deanbrasco@hotmail.com>
Fri 9/23/2022 12:24 PM

To: VA
From: Malik H. Swinton, 0143
        Deanbrasco@hotmail.com

**Financial Hardship Waiver and Debt Forgiveness Request**

I have not received my pension and compensation check for 6 months now. The last payment I received was in February 2022. Also, I did not receive Due Process under the law for a payment plan which is illegal or not legally fair.

I just received a message from the **VA Secretary Denis McDonough in WASHINGTON** — The Department of Veterans Affairs is extending its financial hardship suspension on benefit debts through Dec. 31.

All of my pension was garnish knowing the VA Secretary suspended all debts this year.

The ramification from this lack of Due Process was an Extreme Financial Hardship. I have lost my family's vehicle in a repossession, I'm going through a housing eviction, my home utilities have been turned off and on, my credit is bad, and 2 of my bank accounts have been close.

Please grant my Debt forgiveness.

Thank you

**Hardship**

Malik H. Swinton, MBA <deanbrasco@hotmail.com>
Fri 9/23/2022 12:31 PM

9/23/2022

6/21/2022 (Original date)

To: Veteran Affairs Pension and Compensation
      VA Debt Management Center
      VBA

From: Malik Haleem Swinton

Subject: <u>Statement in Support of Claim</u>
          **Waiver to Request Debt forgiveness**
          **Financial Hardship Request**

To whom it may concern,

This is my 4th financial hardship waiver request dating back to March 2021. It seems as if most of the mail I sent is NOT being filed properly or it's being thrown any. I would assume that is illegal. I also have NOT received an answer on paper from any of the last 3 financial hardship requests. I have not received mail or receipts from VA debt management since February 2022.

In addition, VA debt management told myself, the VSO, and Congressmen Jim Banks that I had to pay off the entire debt before my waiver would apply. Again, I have NOT received that in writing.
Why do I need a waiver if there is not a debt???
 That does not make sense!

I need to inform you in written of the violation of my civil and constitution rights. According to the law:

1) VA has to inform veteran (s) in writing at least within 30 days of any changes in regards to their pension and or compensation payments, giving that veteran **Due Process** to file an appeal; if necessary.

2) The VA debt management department have to give veterans a chance to negotiate a payment arrangement or settlement offer for a current debt. I was not given a right to any of these **Due Processes**.

3) <u>**Under the constitution the Veterans Affairs violated my:**</u>
-
<u>**5th Amendment of depriving me and my family of life, liberty, and property;**</u>
-
<u>**8th Amendment of Cruel and Unusual Punishment Inflicted;**</u>
-
<u>**14th Amendment of Due Process.**</u>
-
4) I am under the IU program and that was my primary means of income so my entire compensation check being withheld is unlawful because the Northern District of California court said ONLY 10% or $300 should be paid. They NEVER stated that my entire pay check should be garnished. I can't work because of my disabilities BUT you take my entire check does not legally make sense. The VA Debt management center has been taking $300 out of my

*12*

comp... one ... one ... management ignored the law, ignored the court order, and took ALL $3000 of my compensation check for the last 5 months leaving my family in an extreme financial hardship.

The damage from garnishing my entire pension:
1. Our vehicle was repossessed 3 weeks before elementary school started.
2. My family is currently going through an housing eviction.
3. My family electricity or utilities have been turned off.
4. We have no food in the house.
5. I do not have income to buy school clothes.
6. I have requested a waivers 4-5 months ago and that was ignored by the Veterans Affairs Debt management center multiple times. I would like the last 5 pension and compensation payments return to me and my family.

In March of 2022 I requested a financial hardship waiver because I am paying restitution or overpayment for disabilities that are LEGAL. My attorney did such a fucking shitty job representing me to the point I had to file a Petition Writ of Habeas Corpus. And I will continue this legal process until my rights have been restored.

If I have to I will also file a Federal Tort claim as well.

Lastly, I would like to request a **Debt Forgiveness** because I am paying for a disability overpayment despite the fact that I was 100% before in 2018 and now 100% Permanent & Total and in the Individual Unemployability (IU) program. I am paying a debt for legal disabilities. I would like the VA to do the legal right thing for a Decorated Honorable Disabled Military Veteran.

I would like to **exercise my relief** options from the Veterans Affairs. If all else Fail, I would like a **hearing** also because men and women that serviced Honorable for his country should not have to go through the HELL I am going through.

Sincerely,
Malik Haleem Swinton, MBA

Deanbrasco@hotmail.com

4/7/2022

To: VA Debt Management Center
From: Malik H. Swinton, 0143
      Deanbrasco@hotmail.com
      (702) 278-7332

Waiver Request

I would like to request a financial hardship waiver for debt relief because my family life situation has gotten worse. I know longer have a part time job because health reason and my April 2022 compensation check stop which was a sudden decrease to zero income, I have an increase in out of pocket has medical bills I was covering with my compensation check for family members, in addition to, my regular monthly expenses. As a result, I am pass due on my rent, car note, and all utilities.

I would like the debt write off or cancel because I was paying $300 month on restitution of a prior wire fraud case but it turned out that my disabilities were legal or real. So, I filed a petition writ Habeas corpus to the Federal court because I was innocent the entire time. Why am I paying restitution for disability fraud when doctors found that all of my disabilities were real, legal, and I live everyday in pain. My mental health is in terrible condition because of the hell I experienced with having a awful lawyer that didn't fight for me. This is all to common with African Americans and the court system. I served the US Military and the Department of Justice with Honors; but, today at 43 years old I'm dead broke with children in the house because of retaliation charges from 4 years ago. The only keeping me alive right now is my son.

If my request is denied I would like a hearing to fix the wrong that is taken place to a honorable military member.

Thank you

*financial hardship > damage 14*
*#2*

Wells Fargo Auto
MAC D0202-030
PO BOX 33068
RALEIGH, NC 27636

**WELLS FARGO** Auto

**Notice of our plan to sell your Vehicle**

08/02/2022

Name: MALIK H SWINTON
Address: 503 MISSION HILL DR
FORT WAYNE, IN 46804-6423
Account: 5926

Subject: Opportunity to get your vehicle back and information about upcoming vehicle sale

Dear MALIK H SWINTON:

We are writing to let you know we have your 2017 CADILLAC ESCALADE 1GYS4DKJ9HR103073, (Vehicle), and it may be sold because you did not keep promises in your auto financing agreement (Agreement). We plan to sell the Vehicle at a private sale sometime after 08/12/2022. Please see details below about the upcoming sale and how you can get your Vehicle back. You can call us with questions or to discuss your options at 1-888-937-9992.

| How can you get your Vehicle back? | You can get your Vehicle back at any time before we sell it by: |
|---|---|
| | ☒ "redeeming" your Vehicle - paying us **$68,532.18**, which is the full amount you owe, including certain repossession costs, or |
| | ☐ "reinstating" your Agreement - paying us **N/A**, which is the past due amount, plus certain repossession costs. |
| | **Please refer to *Details on getting your Vehicle back* on the next page for important details.** |
| | Please be advised, if you do not redeem your Vehicle or reinstate your Agreement, the Vehicle will be sold as described below. |
| How can you learn about specific payment, sale, and personal property information? | Call us at 1-888-937-9992, or |
| | Write us at Wells Fargo Auto PO BOX 33068, RALEIGH, NC 27636: |
| | • If you want us to explain in writing how we determined the amount you owe us. |
| | • If you need more information about the sale, including details about the scheduled sale date. |
| | • For information on how to retrieve any personal property left in the Vehicle. |
| About the private sale of your Vehicle | We intend to sell the Vehicle at a private sale, sometime after 08/12/2022, unless you redeem your Vehicle or reinstate your Agreement as outlined in this notice. |
| Who else is receiving this notice? | **Others receiving this letter** |
| | We are sending this notice to the following additional people who have an interest in the Vehicle or who owe money under your Agreement: |
| | N/A |

*Continued on next page*



15



**WELLS FARGO** Auto

June 28, 2022

0000164   01 SP 0.530 **SNGLP TI 2 0180 46804-642303   -C02-P00164-I

MALIK H SWINTON
503 MISSION HILL DR
FORT WAYNE, IN 46804-6423

*involuntary repo*

*Subject: Payment options available for your account ending in 5926 – action requested*

Dear MALIK H SWINTON:

We are writing to explain that effective 06/28/2022 your entire account balance of $68,277.18 became immediately due and owing. Please call us as soon as possible. We want to work with you and discuss options to help you resolve this matter.

**What you need to know**
When an account is seriously past due, we have the right under our contract with you to accelerate the balance of the account. This means you have to immediately pay the full amount owing, not just past due payments.

Due to the serious delinquency on your account, we have exercised our right to accelerate the balance. The entire balance, as shown below, is now due.

|   |   |   |
|---|---|---|
| A. | Aggregate amount of obligations as of 06/28/2022, the date of acceleration includes current principal balance due and *finance charges accrued as of the date of acceleration | $68,166.18 |
| B. | *Late fees, as of the date of acceleration | $111.00 |
| C. | *Other fees (Includes non-sufficient fund fees and attorney's fees/legal expenses, as permitted by law) as of the date of acceleration. | $0.00 |
| D. | Subtotal ("A" plus "B" plus "C") | $68,277.18 |
| | **Balance You Must Pay** | $68,277.18 |

*Any fees and/or finance charges assessed to your account subsequent to your last billing statement are included in the amounts above. Please call us for an itemized accounting of fees.

We've also reported to the consumer reporting agencies (also known as credit bureaus) this account as "unpaid balance reported as a loss (charge-off) by credit grantor."

Please contact our office at 1-800-752-8533 Monday – Friday, 9:00 a.m. to 4:00 p.m. Pacific Time to make satisfactory arrangements. We accept telecommunications relay service calls.

Thank you,

Wells Fargo Auto

**The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.**

OF/LTR-528 (10/21/21)

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

**WELLS FARGO** Auto
For Return Mail Only
PO Box 5265
Sioux Falls, SD 57117-5265

| | |
|---|---|
| Statement date | 05/06/22 |
| Account number | 7850425926 |
| Vehicle | 2017 Cadillac Escalade |
| Interest rate | 13.090% |
| Monthly payment | $1,288.54 |
| Maturity date | 12/26/27 |
| Daily interest | $22.98 |
| Payoff as of 05/07/22 | ‡ $67,045.08 |

0023304    01 MB 0.485 **AUTO  T3 0 0127 46804-642303   -C10-P23327-I1
#8WNJZXC
#2202 2050 6037 7097#
|ıllıılılıılı,ıllıılıılıılıılıılı,ıllıılı,ılıılı|

MALIK H SWINTON
503 MISSION HILL DR
FORT WAYNE IN 46804-6423

‡ This payoff quote is valid provided no additional
transactions are posted to your account.
Please include the daily interest amount of
$22.98 for each additional day after 05/07/22
and call us for payoff instructions.

Please see reverse side for important
information regarding your account.

### Customer service and payments

**Online**
Make payments and manage your account at
wellsfargo.com

**Telephone**
1-800-289-8004
We accept telecommunications relay service
calls.

**Hours of operation**
Monday – Thursday
7:00 a.m. – 10:00 p.m.
Central Time

Friday
7:00 a.m. – 9:00 p.m.
Central Time

Saturday
7:00 a.m. – 5:30 p.m.
Central Time

**Mailed payments**
Wells Fargo Auto
PO Box 17900
Denver, CO 80217-0900

### Payment summary

| Payment due date | 02/26/22 |
|---|---|
| Amount past due | $3,655.66 |
| Late charges accrued | $74.00 |
| Current payment due | $1,288.54 |
| *After 06/10/22, a late charge may apply.* | |
| **Total amount due** | **$5,018.20** |

### Activity since your last statement on 04/06/22

| Date | Description | Amount |
|---|---|---|
| 04/11/22 | Late charge added | $18.50 |

## You're in control; manage your account online

- Register for eStatements
- View payment history
- Enroll in automatic loan payments
- Make a payment on your loan

**Enroll today at wellsfargo.com**

844 6705107  3/20

*Go paperless! Enroll in online statements today at wellsfargo.com.*

---

*After 06/10/22, a late charge may apply.*

*Make a fast and easy payment online at wellsfargo.com, or send this coupon and your payment prior to the due date.* **Please write your account number on your check or money order and make payable to Wells Fargo Auto.**

☐  Check box for address correction and list changes on reverse side.

MALIK H SWINTON
503 MISSION HILL DR
FORT WAYNE IN 46804-6423

| Account number | |
|---|---|
| Payment due date | 02/26/22 |
| Total amount due | $ |
| Additional amount to be applied to principal balance *(See reverse side)* | $ |
| **Total amount enclosed** (Please do not send cash) | $ |

|ıllıılılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıı|
WELLS FARGO AUTO
PO BOX 17900
DENVER, CO 80217-0900

000251 7850425926 0000128854 0000501820 3

05/17/22

Credit Collection Services
P.O. Box 607
Norwood, MA 02062-0607
(617) 581-1058 from 8am to 8pm EST, Monday to Friday
www.ccspayment.com

To:   MALIK SWINTON
      503 MISSION HILL DR
      FORT WAYNE IN 46804-6423

Reference ████████ 049 (PIN: 50987)

**Credit Collection Services is a debt collector.** We are trying to collect a debt that you owe to PROGRESSIVE PALOVERDE INSURANCE CO. We will use any information you give us to help collect the debt.

## Our information shows:

You had an account with PROGRESSIVE PALOVERDE INSURANCE CO with account number ████████-0001-32-13-D+.

| | | |
|---|---|---|
| As of April 24, 2022, you owed: | $ | 270.55 |
| Between April 24, 2022 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | $ | 270.55 |

## How can you dispute the debt?

- Call or write to us by **June 24, 2022,** to dispute all or part of **the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by June 24, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.ccspayment.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by June 24, 2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.ccspayment.com.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

0121

---

**Mail this form to:**
Credit Collection Services
P.O. Box 607
Norwood, MA 02062-0607

### How do you want to respond?

*Check all that apply:*
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**

- ☐ **I enclosed this amount:** [$          ]

Make your check payable to *PROGRESSIVE PALOVERDE INSURANCE CO.* Include the reference number 05 0978 83049.

04444 1 MB 0.482 T 8
MALIK SWINTON
503 MISSION HILL DR
FORT WAYNE IN 46804-6423

*rent eviction*

*18*



# CAPITAL
## Property Management, LLC

≡
menu

## Your Current Balance

# $5,485.00

Next bill due on September 01, 2022

🔴 **Attention: You have past due bill(s) from July 01, 2022**

**Pay Now**

Set Up Autopay

**August (This Month)**

| Description | Amount |
|---|---|
| August 2022<br>Due on 08/01/2022 | $1,445.00 |
| Late Fee for Aug 2022<br>Due on 08/05/2022 | $25.00 |
| July 2022<br>Due on 07/01/2022 | $1,995.00 |
| Late Fee for Jul 2022<br>Due on 07/05/2022 | $25.00 |

**September (Next Month)**

Ex M

**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
Bishop Henry Whipple Federal Building
PO Box 11930
St. Paul, MN 55111-0930

The Honorable Jim Banks
Member United States
House of Representatives
Attention: Andy Porter
1300 South Harrison Street, Room 3105
Fort Wayne, IN 46802

In Reply Refer To:
189     00/30B
CSS XXX-XX-0143
SWINTON, Malik H.

Dear Representative Banks:

Thank you for your inquiry concerning the compensation debt of Mr. Malik H. Swinton.
Department of Veterans Affairs (VA) Debt Management Center (DMC) records indicate we
responded to a similar inquiry from Congressman Larry Bucshon on November 10, 2022. A
copy of the letter is attached for your reference.

Mr. Swinton's receivable at the VA is a direct result of criminal case number 4:18-cr-586 of the
Northern District of California. He was the defendant in that case and VA, the Social Security
Administration, and the Department of Labor were the victims. His VA benefits are being
withheld at the direction of the Department of Justice to satisfy the restitution he owes the VA
as a result of that criminal case. If he wishes to seek a reduction in the amount withheld from
his VA benefits, he must contact the United States Attorney's Office for the Northern District of
California.

DMC does not process or calculate VA benefits or VA debts and does not have the authority to
determine benefit eligibility. These matters fall under the jurisdiction of the Regional Office
(RO) in Oakland, California. Records indicate Mr. Swinton currently has a claim pending with
the RO. Questions regarding VA benefit entitlement, the pending claim, how the RO's claim
decision may affect the debt, or the debt establishment should be directed to the RO at (800)
827-1000.

*Your interest on behalf of Mr. Swinton is appreciated.*

*Sincerely yours,*

/Julie Lawrence/
Chief of Operations

Attachment(s)
DMC letter 11/10/22

**DEPARTMENT OF VETERANS AFFAIRS**
**Debt Management Center**
**Bishop Henry Whipple Federal Building**
**PO Box 11930**
**St. Paul, MN 55111-0930**

November 10, 2022

The Honorable Larry Bucshon
Member United States
House of Representatives
Attention: Ashley V.S. Newell
20 Northwest 3rd Street, Suite 1230
Evansville, IN 47708

In Reply Refer To:
189     00/30B
CSS XXX-XX-0143
SWINTON, Malik H.

Dear Representative Bucshon:

Thank you for your inquiry concerning the compensation debt of Mr. Malik H. Swinton.

Department of Veterans Affairs (VA) Debt Management Center (DMC) records indicate we responded to a similar inquiry to Representative Jim Banks on May 27, 2022 and a response to Mr. Swinton on August 25, 2022. Copies of the letters are attached for your reference.

DMC does not process or calculate VA benefits or VA debts and does not have the authority to determine benefit eligibility. These matters fall under the jurisdiction of the Regional Office (RO) in Oakland, California. Records indicate Mr. Swinton currently has a claim pending with the RO. Questions regarding VA benefit entitlement, the pending claim, how the RO's claim decision may affect the debt, or the debt establishment should be directed to the RO at (800) 827-1000.

Your interest on behalf of Mr. Swinton is appreciated.

Sincerely yours,

/Julie Lawrence/
Chief of Operations

Attachment(s)
DMC letter 5/27/22
DMC letter 8/25/22

3

**U.S. Department of Justice**

Civil Rights Division

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

March 28, 2023

The Honorable Jim Banks
U.S. House of Representatives
E Ross Adair Federal Building and U.S. Courthouse
1300 S Harrison Street
Room 3105
Fort Wayne, IN  46802

Dear Representative Banks:

This responds to your correspondence dated March 15, 2023, regarding your constituent, Malik Swinton. Mr. Swinton wrote to you regarding the garnishment of his disability payments by the U.S. Department of Veterans Affairs (VA).

The Department of Justice has carefully reviewed the information you provided regarding Mr. Swinton's concerns, and we have determined that this matter may fall within the jurisdiction of the VA. We are, therefore, referring your correspondence to the VA for further review and disposition, as appropriate. If you or your constituent has any questions, you may contact the VA at the following address:

Mr. Harvey Johnson
Deputy Assistant Secretary for Resolution Management (08)
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C.  20420

Mr. Swinton may also pursue other avenues in order to resolve his complaint, including consulting state or local authorities or disability rights organizations. Mr. Swinton's state bar association or local legal aid office may be able to help, and he may find a local office at: American Bar Association, www.findlegalhelp.org, (800) 285-2221; or Legal Service Corporation (or Legal Aid Offices), www.lsc.gov/find-legal-aid, (202) 295-1500. Alternatively, he may find a local disability rights agency at: www.ndrn.org/about/ndrn-member-agencies.

We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Kristen Clarke
Assistant Attorney General

Judgment in Criminal Case

Judgment - Page 7 of 7

-001 YGR

## SCHEDULE OF PAYMENTS

bility to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐  Lump sum payment of _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,  ☐ D, or  ☐ E, and/or  ☐ F below); or

**B** ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑  Special instructions regarding the payment of criminal monetary penalties: **When incarcerated, payment of criminal monetary penalties ($100 special assessment and $632,368.34 in restitution) are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $300 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. All criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s): _____

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Judgment in Criminal Case

Judgment - Page 7 of 7

-001 YGR

## SCHEDULE OF PAYMENTS

...bility to pay, payment of the total criminal monetary penalties is due as follows*:

A ☐ Lump sum payment of _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, and/or   ☐ F below); or

B ☐ Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or  ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties: **When incarcerated, payment of criminal monetary penalties ($100 special assessment and $632,368.34 in restitution) are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $300 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. All criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.