UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIK HALEEM SWINTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 1:23-cv-112-HAB-SLC |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW PLAINTIFF'S REQUEST FOR EXTENSION OF TIME [DE39] AND TO VACATE HEARING DATE OF JULY 3, 2024

Comes now Plaintiff Malik Haleem Swinton, by counsel, and hereby moves this Court to withdraw Plaintiff's Request for Extension of Time [DE39], and to vacate the hearing presently scheduled in this Court for July 3, 2024, at 10:00 a.m., and, in support of this Motion, Plaintiff states the following:

1. Plaintiff filed his Request for Extension of Time to extend the discovery deadline in this matter on June 20, 2024 (DE39}.

2. The Court scheduled a telephonic hearing on Plaintiff's Request for Extension of Time for July 3, 2024, at 10:00 a.m.

3. Plaintiff has consulted with counsel retained to represent him and has determined he no longer needs this requested extension of time.

WHEREFORE, Plaintiff respectfully requests the Court withdraw his request for an extension of time for the discovery deadline in this matter, and vacate the hearing scheduled for July 3, 2024, at 10:00 a.m.

Respectfully submitted,

ICE MILLER LLP

*s/ David J. Carr*
David J. Carr, Attorney No. 4241-49
Hannah Oates, Attorney No. 36919-22

***Attorneys for Plaintiff***

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
Fax:    (317) 236-2219
David.Carr@icemiller.com
Hannah.Oates@icemiller.com

## CERTIFICATE OF SERVICE

I certify that on the 28th day of June, 2024, I electronically filed the foregoing document and the same was served upon the following counsel for Defendants via the Court's ECF system:

Sharon Jefferson, Esq.
5400 Federal Plaza, Suite 1500
Hammond, IN  46320
Sharon.jefferson2@usdoj.gov

*s/ David J. Carr*
David J. Carr

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282
(317) 236-5840
David.Carr@icemiller.com

4856-9109-7036.1