UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIK HALEEM SWINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case Number: 1:23-CV-112 |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION TO DISMISS

Come now the Plaintiff Malik Swinton and Defendants, United States of America and Department of Veterans Affairs, by counsel, and hereby agree and stipulate to dismissal of this lawsuit pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendants agree that Plaintiff's Complaint shall be dismissed with prejudice and each party to pay their own attorney fees, costs, and expenses.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

s/ *David J. Carr*
David J. Carr
Ice Miller
One American Square
Suite 2900
Indianapolis, IN 46282-0200
Phone: 317-236-5840
Fax: 317-236-2219
David.Carr@icemiller.com
Attorney for Plaintiff

By: /s/ *Sharon Jefferson*
Sharon Jefferson
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Phone: (219) 937-5500
Fax: (219) 852-2770
E-mail: Sharon.Jefferson2@usdoj.gov
Attorney for Defendants